PROB 12C
(NYEP-11/25/02)

USPO Borona, Clinton St.

# United States District Court
## for the
## Eastern District of New York

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Terry Laster**

Case Number: **05-CR-123**

Name of Sentencing Judicial Officer: **I. Leo Glasser, Sr. U.S. District Judge**

Date of Original Sentence: **April 4, 1994**

Original Offense: **Bank Robbery, 18 U.S.C. 2113(a), a Class C felony.**

Original Sentence: **151 months custody followed by 3 years supervised release with the following special conditions: the defendant must participate in mental health and substance abuse treatment, and the defendant shall submit to a search condition of his person and property.**

Type of Supervision: **Supervised Release**

Date Supervision Commenced: **August 5, 2004**

Assistant U.S. Attorney: **To be assigned**

Defense Attorney: **To be assigned**

## PETITIONING THE COURT

☒ To issue a warrant.

☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New Criminal Conduct: Criminal Recklessness, A Class D Felony |
| 2. | Traveling Out of the District without Permission from the Probation Department |
| 3. | Failure to Notify the Probation Department of Arrest within 72 Hours |

Request for Warrant or Summons for Offender Under Supervision

Prob 12C / Page 2

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ Revoked
  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

Respectfully submitted by:

*Carrie Borona* (signature)
Carrie Borona
U.S. Probation Officer
Date: Jan 17, 2006

Approved by:

*Eileen Kelly* (signature)
Eileen Kelly
Sr. Deputy Chief U.S. Probation Officer
Date: Jan 17, 2006

THE COURT ORDERS:
☒ The Issuance of a Warrant.
☐ The Issuance of a Summons.
☐ No Action.
☐ Other:

_____
Signature of Judicial Officer

1/17/06
Date